UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| PMG INTERNATIONAL, LTD.<br>　　Plaintiff, | § § § | |
| V. | § § | Civil Action No. 5:20-CV-00049-JKP |
| THE TRAVELERS INDEMNITY<br>COMPANY OF AMERICA<br>　　Defendant. | § § § § | |

**MUTUAL MOTION FOR NON-SUIT WITH PREJUDICE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME PLAINTIFF, PMG INTERNATIONAL, LTD. and DEFENDANT, THE TRAVELERS INDEMNITY COMPANY OF AMERICA and file this Mutual Motion for Non-Suit with Prejudice, and in support thereof, would respectfully show the Court as follows:

**I.**

The Parties move this Court to dismiss this case as to Defendant with prejudice on the grounds that they have completed the appraisal process and this resolves all claims and disputes between them that relate to the subject of this lawsuit and have agreed that all costs of court shall be paid by the party incurring same.

WHEREFORE, PREMISES CONSIDERED, the Parties pray that this Court enter an Order dismissing this action as to Defendant with prejudice and that all claims asserted by Plaintiff be so dismissed with prejudice to the re-filing of same in any court at any time, and granting such other and further relief, at law and in equity, to which the parties may show themselves to be justly entitled.

Respectfully submitted,

KUSTOFF & SANDERS, LLP

By:   */s/ Daniel O. Kustoff*
     DANIEL O. KUSTOFF
     State bar No. 11770515
     service@salegal.com
     MELANIE H. SANDERS
     State bar No. 24032416
     msanders@salegal.com
     TAYLOR L. CRULL
     State Bar No. 24107021
     tcrull@salegal.com
     4103 Parkdale
     San Antonio, Texas 78229
     (210) 614-9444 Telephone
     (210) 614-9464 Facsimile
ATTORNEYS FOR PLAINTIFF


BROCK ♦ GUERRA
STRANDMO DIMALINE JONES, P.C.

By: *[signature: Robert F. Scheihing]*
     ROBERT F. SCHEIHING
     State Bar No. 17736350
     bscheihing@brock.law
     17339 Redland Road
     San Antonio, Texas 78247-2304
     (210) 979-0100 Telephone
     (210) 979-7810 Facsimile
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been served on the following counsel of record through the Court's electronic filing system, in accordance with the Federal Rules of Civil Procedure on this 25th day of July, 2020.

Robert F. Scheihing
BROCK ♦ GUERRA
STRANDMO DIMALINE JONES, PC
17339 Redland Road
San Antonio, Texas  78247-2304
Phone (210) 979-0100
Fax (210) 979-7810
Email bscheihing@brock.law
*ATTORNEYS FOR DEFENDANT*

*/s/ DANIEL O. KUSTOFF*
DANIEL O. KUSTOFF