# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

**PMG INTERNATIONAL, LTD.,**

**Plaintiff,**

**v.**                                              No.  **SA-20-CV-00049-JKP-RBF**

**THE    TRAVELERS    INDEMNITY COMPANY OF AMERICA,**

**Defendant.**

## ORDER

Before the Court is the parties' *Mutual Non-Suit with Prejudice* requesting the Court dismiss this lawsuit with prejudice. The Court **GRANTS** the request and hereby **ORDERS** all causes of action filed by any party are dismissed with prejudice. Each party is to bear its own costs and attorney fees. The Court **directs the Clerk of Court to close this case.**

It is so ORDERED this 25th day of June 2020.

JASON PULLIAM
UNITED STATES DISTRICT JUDGE